No. 88–446. CONTEMPORARY MISSION, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 88–473. KARSTETER v. GRAHAM COS., FKA SENGRA CORP. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 88–496. YOUNG ET AL. v. STANDARD OIL (INDIANA) ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–604. FROST v. HAWKINS COUNTY BOARD OF EDUCATION ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–611. ROMAN v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 88–621. TOWN OF RYE, NEW HAMPSHIRE v. PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE ET AL. Sup. Ct. N. H. Certiorari denied.

No. 88–623. DORN v. WISCONSIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–636. BROBST v. DEAN WITTER REYNOLDS, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–637. CAPITAL CONTROLS CO., INC. v. CHLORINATORS, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 88–641. DIANELLA SHIPPING CORP. ET AL. v. HERNANDEZ. C. A. 5th Cir. Certiorari denied.

No. 88–643. ATLANTIC TELE-NETWORK CO. v. PUBLIC SERVICES COMMISSION OF THE VIRGIN ISLANDS ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–648. ENDELL, COMMISSIONER, ALASKA DEPARTMENT OF CORRECTIONS v. WALKER. C. A. 9th Cir. Certiorari denied.

No. 88–650. GROGAN ET AL. v. PLATT ET AL. C. A. 11th Cir. Certiorari denied.